**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Carlos Carley Carranza,<br><br>    Defendant. | No. CR 11-1340-1-PHX-SRB<br><br>**DETENTION ORDER** |

    On August 10, 2011, defendant Carlos Carley Carranza appeared before this Court on a petition to revoke conditions of release. The parties stipulated to the violations as alleged in the petition and presented their respective positions to the Court as to whether the Defendant should be re-released. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

    The Court finds, by a preponderance of the evidence, that Defendant is unlikely to abide by any conditions of release for the reasons articulated in detail on the record. 18 U.S.C. § 3148(b).

    IT IS THEREFORE ORDERED that Defendant's pretrial release is revoked and that he be detained pending further proceedings.

    DATED this 11th day of August, 2011.

_____
David K. Duncan
United States Magistrate Judge